**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 15-04033-jw

ORDER AUTHORIZING THE USE OF CASH COLLATERAL ON AN INTERIM BASIS AND SETTING FINAL HEARING

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.



**FILED BY THE COURT**
**08/24/2015**

Entered: 08/25/2015

US Bankruptcy Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-04033-jw |
| Hampton Hill Athletic Club, Inc. ) | |
| ) | Chapter 11 |
| Debtor-in-Possession. ) | |
| _____ ) | |

ORDER AUTHORIZING THE USE OF CASH COLLATERAL ON AN INTERIM BASIS AND
SETTING FINAL HEARING

This matter came before the court on the Continued Motion to Use Cash Collateral (the "Motion") filed by the Debtor-in-possession ("Debtor"). Debtor properly served the Motion as ordered. The matter was heard on August 14, 2015. The United States Trustee ("UST"), Wiseheart Holding, LLC and Business Development Corporation ("BDC") filed objections, but at the hearing held on August 14, 2015, agreed to the use of cash collateral as ordered herein. The UST, BDC and Wiseheart Holding, LLC appeared at the hearing and had no objection to the use of cash collateral as ordered herein.

This court finds this is a core proceeding and this court has jurisdiction to determine this matter pursuant to 28 U.S.C. § 157(b)(2)(M) and Local Civil Rule 83.IX.01, DSC. The court finds use of the cash collateral as set forth herein is in the best interest of the Debtor and its creditors.

Business Development Corporation of South Carolina and Celtic Bank Corporation will maintain their liens on any other collateral as set forth in the loan documents and current UCC filings and shall be granted a priority replacement lien and security interest in all post-petition cash collateral, and such lien shall be deemed perfected upon entry of this order without the necessity of any further filings or actions by the lienholders to perfect their interests, but only

to the extent and priority that such lien existed as of the petition date. BDC is receiving adequate protection payments.

Wherefore, Debtor is authorized to use cash collateral as set forth in the attached budget. A final hearing on the Motion to Use Cash Collateral for the duration of the case or until further court order shall be held on September 8, 2015 at 9:30 a.m. at the J. Bratton Davis United States Bankruptcy Courthouse, located at 1100 Laurel Street, Columbia, SC 29201.

AND IT IS SO ORDERED.

## **Exhibit A**

| Income | August | September |
|---|---|---|
| Tonic | $ 38,400 | $ 38,400 |
| HHAC POS | $ 36,000 | $ 36,000 |
| HHAC - 3rd Party Billing | $ 36,000 | $ 36,000 |
| **Total Income** | **$ 110,400** | **$ 110,400** |
| **Cost of Goods Sold** | | |
|    Salon-backbar | $ 2,500 | $ 2,500 |
|    Juice Bar Expense | $ 2,000 | $ 2,000 |
|    Payroll | $ 58,600 | $ 58,600 |
|    SCE&G - Power | $ 6,560 | $ 6,560 |
|    City of Columbia - Water | $ 993 | $ 944 |
|    Rent | $ 14,699 | $ 14,699 |
| **Total COGS** | **$ 85,352** | **$ 85,302** |
| **Gross Profit** | **$ 25,048** | **$ 25,098** |
| **Expense** | | |
| Neill Technologies | | |
| Bank ser chg/+NSF | $ 100 | $ 100 |
| Dues/Les Mills | | |
| Dues/TRIBE | $ 600 | $ 600 |
| **Equipment Leases** | | |
|    Financial Pacific | | |
|    Marlin Business | | |
|    360 Equipment Finance | | |
| **Insurance** | | |
|    Liability | $ 602 | $ 2,260 |
|    Workers Comp | $ 800 | $ 1,407 |
|    Health & Dental | $ 1,588 | $ 1,588 |
|    Building (Quarterly) | $ 1,175 | |
| Janitorial Service | | |
| Loan - BDC | $ 2,345 | $ 2,345 |
| Loan - Celtic Bank | | |
| Marketing | $ 100 | $ 100 |
| Merchant Fees | $ 1,250 | $ 1,250 |
| Music Fees | $ 88 | $ 88 |
| Office Supplies | $ 60 | $ 60 |

| | | |
|---|---:|---:|
| Postage & Delivery | $ 60 | $ 60 |
| Printing | $ 100 | $ 100 |
| **Professional Fees** | | |
|   Jane Downey | $ 1,000 | $ 1,000 |
|   Robby McCullough | $ 300 | $ 300 |
|   UST Fees | $ 1,625 | |
| Repairs | $ 500 | $ 500 |
| Satellite, Music, TV | $ 1,100 | $ 1,100 |
| Supplies - Other | $ 1,100 | $ 1,100 |
| **Taxes** | | |
|   Property | | |
|   Retail | $ 750 | $ 800 |
| Trash Removal | $ 180 | $ 180 |
| Tonic Redemption | $ 3,500 | $ 4,000 |
| HHAC Pre-Pay | $ 2,200 | $ 2,300 |
| ABC Fees | $ 3,800 | $ 3,800 |
| **Total Expense** | **$ 110,275** | **$ 110,340** |
| **Net Income** | **$ 125** | **$ 60** |

Debtor is allowed a variance of 10% in expenses if her income increases by 10%.