UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Hampton Hill Athletic Club, Inc. | CASE NO: 15-04033-jw<br>CHAPTER: 11<br><br>NOTICE OF MOTION AND<br>OPPORTUNITY FOR HEARING |
| Debtor in Possession | |

   TAKE NOTICE that the Debtor has filed a motion to dismiss Chapter 11 case. A copy of the motion and proposed order accompanies this notice.

   TAKE FURTHER NOTICE that any response, return and/or objection to the motion, should be filed with the Clerk of the Bankruptcy Court no later than twenty-one (21) days from service of the motion.

   TAKE FURTHER NOTICE that no hearing will be held on this motion or application unless a response, return and/or objection is timely filed and served, in which case, the court will conduct a hearing on <u>November 17, 2015 at 9:30 am</u>, at <u>J. Bratton Davis United States Bankruptcy Courthouse, 1100 Laurel Street, Columbia , SC 29201</u>. No further notice of this hearing will be given.

   Service date: October 7, 2015

               MOORE TAYLOR LAW FIRM, PA

               By: /s/ Jane H. Downey
                  Jane H. Downey, ID 5242
                  PO Box 5709
                  West Columbia, SC 29171
                  (803) 929-0030
                  jane@mttlaw.com

               Attorney for Debtor in Possession

Address of Court:
J. Bratton Davis United States Bankruptcy Courthouse
1100 Laurel Street
Columbia, SC 29201

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO:   15-04033-jw |
| Hampton Hill Athletic Club, Inc.    ) | CHAPTER:  11 |
| ) | |
| ) | MOTION TO DISMISS CHAPTER 11 |
| <u>         Debtor in Possession         </u> ) | CASE AND MEMORANDUM IN SUPPORT |

     Pursuant to 11 U.S.C. §1112(b)(1),  Debtor in Possession ("Debtor") moves for dismissal of the Chapter 11 case.   Debtor does not believe it has the resources necessary to reorganize.  Debtor believes there would be no distribution for unsecured creditors upon conversion, such that dismissal over conversion is in the better interest of creditors and the estate.

<u>/s/       Anne W. Wright         </u>
Ann W. Wright, Owner and President
Hampton Hill Athletic Club, Inc.

                                            MOORE TAYLOR LAW FIRM, PA

                                            By:   <u>  /s/ Jane H. Downey      </u>
                                                 Jane H. Downey, ID 5242
                                                 PO Box 5709
                                                 West Columbia, SC 29171
                                                 (803) 929-0030
                                                 jane@mttlaw.com

                                            Attorney for Debtor in Possession

October 6, 2015

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO: 15-04033-jw |
| Hampton Hill Athletic Club, Inc. ) | CHAPTER: 11 |
| ) | |
| ) | |
| Debtor in Possession. ) | |
| _____ ) | **CERTIFICATE OF SERVICE** |

I, the undersigned attorney for the Debtor in Possession, do hereby certify that I have served a copy of the pleading(s) hereinbelow specified by mailing a copy of the same by United States Mail, postage prepaid, to the following address(es):

Pleadings:   Notice of Motion/Application and Opportunity for Hearing
Motion to Dismiss Chapter 11 Case
Proposed Order
Certificate of Service

Parties Served:   Creditors on attached matrix

MOORE TAYLOR LAW FIRM, PA

By:   /s/ Jane H. Downey
Jane H. Downey, ID 5242
PO Box 5709
West Columbia, SC 29171
(803) 929-0030
jane@mttlaw.com

Attorney for Debtor in Possession

October 7, 2015

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0420-3<br>Case 15-04033-jw<br>District of South Carolina<br>Columbia<br>Wed Oct  7 11:02:07 EDT 2015 | 360 Equipment Finance<br>300 Beardsley Lane, Bldg D, Ste 201<br>Austin TX 78746-4945 | ABC Financial Services<br>PO Box 6800<br>North Little Rock AR 72124-6800 |
| ACE Glass Company, Inc.<br>PO Box 4432<br>Columbia SC 29240-4432 | ASCAP<br>21678 Network Place<br>Chicago IL 60673-1216 | American Express<br>PO Box 650448<br>Dallas TX 75265-0448 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Anne Wright<br>4120 Devereaux Road<br>Columbia SC 29205-2029 | Attorney General of the United States<br>Civil Division, Bankruptcy Section<br>US Department of Justice<br>Washington DC 20530-0001 |
| BB&T<br>PO Box 580340<br>Charlotte NC 28258-0349 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BMI General Licensing<br>PO Box 630893<br>Cincinnati OH 45263-0893 |
| Beverly Watkins<br>45 Woodwind Court<br>Columbia SC 29209-4235 | BluePay<br>184 Shuman Blvd, Ste 350<br>Naperville, IL 60563-8433 | Brian J. Sieradzki<br>118 Cedarlane Pkwy<br>West Columbia, SC 29170-1641 |
| Business Development Corporation<br>BDC Enoree Bldg, Ste 225<br>111 Executive Center Drive<br>Columbia SC 29210-8436 | Business Development Corporation of SC<br>PO Box 21823<br>Columbia SC 29221-1823 | Business Development Corporation of South Ca<br>CALLISON TIGHE & ROBINSON LLC<br>Louis H. Lang, Esq.<br>1812 Lincoln St., Ste. 200<br>PO Box 1390<br>Columbia, SC 29202-1390 |
| Business Telephone of SC, Inc.<br>PO Box 2807<br>West Columbia SC 29171-2807 | Celtic Bank<br>attn: Skyler McClure<br>268 S. State St., Ste 300<br>Salt Lake City UT 84111-5314 | Celtic Bank Corporation<br>c/o Barton Law Firm<br>PO Box 12046<br>Columbia, SC 29211-2046 |
| Celtic Bank Corporation<br>268 South State Street, Ste 300<br>Salt Lake City UT 84111-5314 | City of Columbia<br>1339 Main Street<br>Columbia SC 29217-0001 | City of Columbia<br>Business License Division<br>PO box 147<br>Columbia SC 29202-0147 |
| Complete Copier Center, Inc.<br>3200 Two Notch Road<br>Columbia SC 29204-2874 | CosmoProf<br>attn: Tanis Wilson<br>3900 Morse Street<br>Denton TX 76208-6333 | DataPay<br>Attn: Bill Danielson<br>21 Surey Court<br>Columbia, SC 29212-3139 |
| Design Air Systems, Inc.<br>6 Sandy Knoll Court<br>Columbia SC 29209-5424 | Jane H. Downey<br>Moore Taylor Law Firm, P.A.<br>1700 Sunset Blvd<br>PO Box 5709<br>West Columbia, SC 29171-5709 | Edward L. Grimsley<br>Grimsley Law Firm<br>PO Box 11682<br>Columbia SC 29211-1682 |

Eric Steven Bland
PO Box 72
Columbia SC 29202-0072

FINANCIAL PACIFIC LEASING INC
3455 S. 344TH WAY, SUITE 300
FEDERAL WAY WA 98001-9546

Financial Pacific Leasing
3455 S. 344th Way, Ste 300
Auburn WA 98001-9546

Financial Pacific Leasing
PO Box 4568
Auburn WA 98063-4568

Financial Pacific Leasing
PO Box 4568
Federal Way WA 98063-4568

First Citizens Bank
PO Box 29
Columbia SC 29202-0029

Edward L. Grimsley
PO Box 11682
Columbia, SC 29211-1682

Hammond A. Beale, Jr.
791 Greenlawn DRive, STe 2
Columbia SC 29209-2641

Hampton Hill Athletic Club, Inc.
5910 Garners Ferry Road
Columbia, SC 29209-1301

Hampton Hill Ladies, Inc.
c/o Anne Wright, Registered Agent
5910 Garners Ferry Road
Columbia, SC 29209-1301

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

J. Douglas Barnett
Assistant US Attorney
1441 Main Street, Ste 500
Columbia SC 29201-2862

Jason Philip Luther
PO Box 6658
Columbia SC 29260

Jason Philip Luther, Esq.
PO Box 6648
Columbia, SC 29260-6648

John Pincelli
PO Box 488
Columbia SC 29202-0488

Louis H. Lang
PO Box 1390
Columbia, SC 29202-1390

Les Mills US Trading East Coast
5022 Campbell Blvd, Ste L
Nottingham, MD 21236-4969

M&J Cleaning Services
159 Ashewood Lake Drive
Columbia SC 29209-2725

Mark A Kirkosrsky, PC
1119 W. Southern Ave.
2nd Floor
Mesa AZ 85210-4944

Marlin Leasing
300 Fellowship Road
Mount Laurel NJ 08054-1727

Matthew's Appliance Repair
2218 Clark Street
Columbia SC 29201-1838

Stanley H. McGuffin
1201 Main Street, 24th Floor
PO Box 11889
Columbia, SC 29211-1889

Michael B. Arnold & Philip Dee
Grimsley Law Firm, LLC
1703 Laurel Street
Columbia SC 29201-2660

Michael B. Arnold and Philip Dee
c/o Grimsley Law Firm, LLC
PO Box 11682
Columbia, SC 29211-1682

Mid State Roofing
205 Oak Drive
Lexington SC 29073-7649

Moxie House
153 East King Street, Ste 212
Lancaster PA 17602-2812

NBSC
Card Services
PO Box 2181
Columbus GA 31902-2181

Neill Technologies
PO Box 752
Hammond, LA 70404-0752

Reta M. Whitten
716 Kawana Road
Columbia, SC 29205-2031

Reta M. Whitten
c/o Gary W. Popwell, Jr.
PO Box 1505
Columbia SC 29202-1505

| | | |
|---|---|---|
| Richard G. Wright<br>4120 Devereaux Road<br>Columbia SC 29205-2029 | Richland County Treasurer<br>PO Box 11947<br>Columbia SC 29211-1947 | Robert P. Mccullough, CPA, LLC<br>3302 Mullwood Ave<br>Columbia SC 29205 |
| (p)SCANA AND SUBSIDIARIES<br>220 OPERATION WAY<br>MAIL CODE C 222<br>CAYCE SC 29033-3701 | Sherwood M. Cleveland, PC<br>PO Box 21215<br>Columbia SC 29221-1215 | South Carolina Department of Revenue<br>PO Box 12265<br>Columbia SC 29211-2265 |
| Southeastern Paper Group, Inc.<br>PO Box 890671<br>Charlotte NC 28289-0671 | Spa Finder<br>57 Park Ave, S.<br>Floor 10<br>New York, NY 10016-3006 | John Timothy Stack<br>Office of the United States Trustee<br>1835 Assembly Street Suite 953<br>Columbia, SC 29201-2448 |
| TNG Worldwide/The Industry Source<br>29683 W. K. Smith Drive<br>New Hudson MI 48165-8551 | Time Warner Business Cable<br>PO Box 77169<br>Charlotte NC 28271-7004 | Tribe Team Training, North America<br>1 Place Ville Marie, Ste 2001<br>Montreal, Quebec<br>H3B 2C4 |
| US Trustee's Office<br>Strom Thurmond Federal Building<br>1835 Assembly St.<br>Suite 953<br>Columbia, SC 29201-2448 | Wells Fargo Bank, N.A.<br>1 Home Campus<br>MAC X2303-01A<br>Des Moines, IA 50328-0001 | Wisehart Holdings<br>c/o Robin Dial<br>2712 Middleburg Drive, Ste 208<br>Columbia SC 29204-2415 |
| Wiseheart Holdings LLC<br>c/o Stanley H. McGuffin, Esq.<br>Haynsworth Sinkler Boyd, PA<br>PO Box 11889<br>Columbia, SC 29211-1889 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| BB&T Bankruptcy<br>M/C 100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 | SCE&G<br>PO Box 100255<br>Columbia SC 29202 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | (d)CosmoProf<br>attn: Tanis Wilson<br>3900 Morse Street<br>Denton, TX 76208-6333 | (u)Hampton Hill Ladies, Inc. |

| | | |
|---|---|---|
| (d)Louis H. Lang<br>PO Box 1390<br>Columbia SC 29202-1390 | (d)Michael B. Arnold and Philip Dee<br>c/o Grimsley Law Firm, LLC<br>PO Box 11682<br>Columbia, SC 29211-1682 | End of Label Matrix<br>Mailable recipients    75<br>Bypassed recipients     5<br>Total                   80 |